1    ROBERT L. URIARTE (SBN 258274)
     ruriarte@orrick.com
2    LI SHEN (SBN 307896)
     lshen@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
4    Menlo Park, CA 94025
     Telephone:     650 614 7400
5

6    *Attorneys for Defendant*
     *ZOOSK, INC.*

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **OAKLAND DIVISION**

11

12    QUAD CITY PATENT LLC,        Case No.  20-cv-01996-JST

13              Plaintiff,        **[PROPOSED] ORDER GRANTING
14**                           **DEFENDANT'S MOTION TO
**       v.                      **DISMISS**

15    ZOOSK, INC.,               Judge: Hon. Jon S. Tigar
                                  Date: July 1, 2020
16             Defendant.        Time: 2:00 p.m.
                                    Courtroom: 6

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiff Quad City Patent LLC ("Quad City" or "Plaintiff") filed a patent infringement

2  suit against Defendant Zoosk, Inc. ("Zoosk" or "Defendant") and alleged in its First Amended

3  Complaint ("FAC") that Zoosk infringes Claim 1 of U.S. Patent No. 7,272,575 ("the '575 Patent"

4  or the "Patent-in-Suit").  Before the Court is Defendant's Motion to Dismiss, which seeks to

5  dismiss Quad City's FAC in the above action.  Having considered the submissions of the parties,

6  the relevant law, and the record in this case, matters subject to judicial notice, and the arguments

7  of counsel, the Court hereby finds:

8  1.  The direct and indirect infringement claims raised by Plaintiff in the FAC do not

9  satisfy the federal pleading standard under Fed. R. Civ. P. 8.

10  2.  The asserted claim of the Patent-in-Suit is directed to an abstract idea under step

11  one of *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 573 U.S. 208 (2014).

12  3.  The asserted claim of the Patent-in-Suit does not satisfy the inventive-concept

13  requirement under step two of *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 573 U.S. 208 (2014).

14  Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is

15  GRANTED and the FAC is DISMISSED WITH PREJUDICE.

16

17  Dated: _____     _____

18  Honorable Jon S. Tigar
United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
CASE No. 20-CV-01996-JST