ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
LI SHEN (SBN 307896)
lshen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650 614 7400

Attorneys for Defendant
ZOOSK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUAD CITY PATENTS LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>ZOOSK, INC.,<br><br>           Defendant. | Case No. 4:20-cv-01996-JST<br><br>**DEFENDANT ZOOSK, INC.'S CERTIFICATION OF INTERESTED PARTIES**<br><br>Judge: Hon. Jon S. Tigar |

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zoosk, Inc. ("Zoosk") states that Spark Networks, Inc. owns 100% of Zoosk, and Spark Networks SE owns 100% of Spark Networks, Inc.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no financial or non-financial interest in the subject matter in controversy or in a party to the proceeding to report.

Dated: May 26, 2020                                            Respectfully submitted,

By: */s/ Robert L. Uriarte*
Robert L. Uriarte
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

- 1 -

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES