UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD CITY PATENT, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZOOSK, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-01996-JST  (DMR)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 38 |
| QUAD CITY PATENT, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EC SERVICES CORPORATION, et al., INC.,<br><br>　　　　Defendants. | Case No. 20-cv-02442-JST  (DMR)<br><br>Re: Dkt. No. 37 |

Frederic M. Douglas's motions to withdraw as counsel in these related actions for Plaintiff Quad City Patent, LLC ("Quad City") are set for hearing before the undersigned on July 22, 2021. [Case No. 20-cv-01996-JST, Docket No. 38; Case No. 20-cv-02442-JST, Docket No. 37.] On April 20, 2021, the United States Court of Appeals for the Federal Circuit dismissed Quad City's consolidated appeal of the November 2020 dismissal of both cases. [Case No. 20-cv-01996-JST, Docket No. 42.] With respect to the appeal against EC Services Corporation, the Federal Circuit granted Quad City leave to reinstate the appeal by paying the docketing fee and filing an entry of appearance by a member of the court's bar within 30 days of the date of the order. *See id.* EC Services Corporation represents that Quad City did not comply with the requirements to reinstate the appeal. [Case No. 20-cv-2442-JST, Docket No. 42.] Accordingly, it appears that Douglas's motions to withdraw as counsel in these actions are moot. By no later than July 15, 2021, Douglas

shall show cause in writing why the motions to withdraw as counsel for Quad City in both cases should not be denied as moot.

**IT IS SO ORDERED.**

Dated: July 12, 2021



_____
Donna M. Ryu
United States Magistrate Judge

2